J. H. Anderson, appellant, v. Illinois Rural Credit Association, appellee. Gen. No. 6,542.

Replevin to recover promissory notes. Judgment for defendant on plaintiff abiding by motion to strike plea in abatement. Appeal from the Circuit Court of Warren county; the Hon. Robert J. Grier, Judge, presiding. Heard in this court at the April term, 1918. Reversed with directions. Opinion filed October 17, 1918.

Safford & Graham and Hanley & Cox, for appellant. De Mange, Gillespie & De Mange, C. M. Huey and L. E. Murphy, for appellee.

Per Curiam.

---

Uma B. Bersell, appellee, v. City of Rock Island, appellant. Gen. No. 6,606.

Action to recover damages for injury to real property caused by city cutting down a street in front of plaintiff's property. Judgment for plaintiff. Appeal from the Circuit Court of Rock Island county; the Hon. William T. Church, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed October 24, 1918.

John K. Scott, for appellant. Philip H. Wells, Kenworthy, Dietz, Shallberg, Harper & Sinnett, for appellee.

Per Curiam.

---

Fred Enderlin, appellee, v. Henry Hornbostel et al. Emil E. Thiel et al., appellants. Gen. No. 6,579.

Bills for foreclosure of mortgage. Decree making part of the principal a lien upon the fee and balance of the principal and interest a lien upon the life estate. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1918. Reversed in part and affirmed in part. Opinion filed November 8, 1918.

Newton R. Gilmore, for appellants. E. J. Heydecker, for appellee; Cooke, Pope & Pope, of counsel.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

# FIRST DISTRICT.

---

The People of the State of Illinois, defendant in error, v. Hazel Smith, plaintiff in error. Gen. No. 24,411.

Information charging defendant with a violation of section 270 of the Criminal Code (J. & A. ¶ 3962), in being a common night-walker. Judgment of conviction. Error to the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

Joseph W. Schulman, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice Dever delivered the opinion of the court.